**Motion Denied and Order filed April 28, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00836-CR

_____

**CHRISTOPHER  WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1410165**

## ORDER

Appellant is represented by appointed counsel, **Kevin P. Keating**. Appellant's brief was originally due December 23, 2015. We have granted a total of 100 days to file appellant's brief until April 1, 2016. When we granted the last extension, we noted that no further extensions would be granted. No brief was filed. On April 25, 2016, counsel filed a further request for extension of time to file appellant's brief.

We **DENY** the motion for extension and issue the following order.

Accordingly, we **ORDER** Kevin P. Keating to file a brief with the clerk of this court on or before May 2, 2016. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison